IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: February 6, 2015 |
| Court Reporter:     Gwen Daniel | Probation: Gary Burney |
| | Time: one hour and eight minutes |

_____

Criminal Action No. 13-cr-00159-WJM          <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Susan Knox

    Plaintiff,

v.

4.  MARCUS BAKER,                            Sean McDermott

    Defendant.

_____

### COURTROOM MINUTES
_____

HEARING - SENTENCING

03:00 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Ms. Knox

Sentencing Statement by Mr. McDermott

**ORDERED:   There being no objection to the motion, the Government's Motion Regarding Acceptance of Responsibility [1200] is GRANTED.**

1

**ORDERED:** **There being no objection to the motion, the Government's Motion to Dismiss Counts Two and Twenty-Six of the Indictment as to Defendant Marcus Baker [1201] is GRANTED. Counts Two and Twenty-Six of the Indictment are dismissed as to Marcus Baker only.**

The Court addresses the Defendant's Sentencing Statement and Motion for Non-Guideline Sentence [1204].

Argument by Mr. McDermott

Court's comments

Argument by Ms. Knox

Argument by Mr. McDermott

Statement by defendant's mother

Statement by defendant's maternal grandmother

Statement by Reverend Leon Kelly

Defendant's Allocution

**ORDERED:** **Defendant Marcus Baker's Sentencing Statement and Motion for Non-Guideline Sentence [1204] is GRANTED.**

Defendant plead guilty to Count One of the Indictment and admitted to the forfeiture allegation in the Indictment on October 1, 2014.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Marcus Baker, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 192 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court also recommends that the defendant be incarcerated at a facility appropriate to his security designation located within the District of Colorado.**

**The Court recommends that the Bureau of Prisons designate an institution for the defendant with a Residential Drug Abuse (RDAP) or comparable substance abuse Program, and that the defendant take advantage of such a program during his imprisonment.**

**ORDERED:   Upon release from imprisonment defendant is placed on supervised release for a term of five years.**

**Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the Probation Office in the District to which he is released.**

**While on Supervised Release, the defendant shall not commit another federal, state, or local crime, he shall not possess a firearm as defined in 18 U.S.C. § 921, and he shall comply with the standard conditions that have been adopted by this Court.**

**The defendant shall not unlawfully possess and he shall refrain from unlawfully using a controlled substance.  The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:   Special Conditions of Supervised Release:**

   **1.   The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

   **2.   The defendant shall submit his person, property, house, residence, papers, or office to a search conducted by a United States Probation Officer.  Failure to submit to search may be grounds for revocation of supervised release.**

   **The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the**

    **defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.**

   **3.  The defendant shall not associate with or have contact with any gang members and he shall not participate in any gang activity, to include displaying gang paraphernalia.**

**ORDERED: Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture Allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.**

**ORDERED: The defendant shall pay a Special Assessment of $100, which shall be due and payable immediately.**

**ORDERED: Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his right to appeal both his conviction and sentence imposed except in very limited circumstances.

**ORDERED: Defendant is REMANDED to the custody of the U.S. Marshal.**

04:08 p.m. Court in Recess
      Hearing concluded